### 55426. HOME INDEMNITY COMPANY et al. v. EDWARDS et al.

QUILLIAN, Presiding Judge.

While the weight of the evidence was that the claimant's disability was due to a gradual worsening or deterioration of the condition of his back which was caused by a prior injury, we cannot say that this finding was demanded by the evidence. There being some evidence to support the award of the State Board of Workmen's Compensation which held that the claimant

---

had an accident that aggravated a preexisting condition resulting in his disability, the award was correctly affirmed by the trial judge.

*Judgment affirmed. Webb and McMurray, JJ., concur.*

ARGUED MARCH 6, 1978 — DECIDED MAY 3, 1978—
REHEARING DENIED MAY 26, 1978.

*Swift, Currie, McGhee & Hiers, George L. Pope, Jr.,* for appellants.

*Foy S. Horne, Jr., Sartain & Carey, Joe B. Sartain, Jr., Robert L. Husby, Jr.,* for appellees.